JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CAMPOS-LOPEZ,<br><br>          Petitioner,<br><br>          v.<br><br>C. KONIEG, Warden,<br><br>          Respondent. | Case No. 8:21-cv-00416-ODW (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is **DISMISSED** with prejudice.

Dated: February 3, 2022

                                              HONORABLE OTIS D. WRIGHT, II
                                              United States District Judge